UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>       Plaintiff<br><br>v.<br><br>TERESA TUSCANO, as ADMINISTRATOR OF THE ESTATE OF CASANDRA HAYDEN, CHRISTIE HENSLER, MATTHEW HENSLER, and CHARMAINE CLAWSON,<br><br>       Defendants | Case 2:20-cv-00993-MRH<br><br>NOTICE OF MOTION OF PLAINTIFF'S MOTION FOR DEPOSIT PURSUANT TO FED. R. CIV. P. 67 and 28 U.S.C. §1335 |

TO:    John K. Greiner, Esq.
         TREMBA, KINNEY, GREINER & KERR, LLC
         302 West Otterman Street
         Greensburg, PA 15601
         Attorney for Defendant, Teresa Tuscano

         Christie Hensler
         174 Rainbow Drive, # 7460
         Livingston, TX 77399

         Matthew Hensler
         174 Rainbow Drive, # 7460
         Livingston, TX 77399

         Charmaine Clawson
         402 North Pennsylvania Avenue
         Greensburg, PA 15601

**PLEASE TAKE NOTICE** that as counsel may be heard, the undersigned attorneys for Plaintiff, AXA Equitable Life Insurance Company, now known as Equitable Financial Life Insurance Company ("Equitable"), will apply to the United States District Court for the Western District of Pennsylvania for an Order directing Equitable to deposit certain annuity death benefit

proceeds due into the Registry of the United States District Court for the Western District of Pennsylvania pursuant to Federal Rules of Civil Procedure 67 and 28 U.S.C. § 1335.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Equitable shall rely upon the accompanying Brief, a proposed form of Order and certificate of service, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is not requested unless this motion is opposed.

Dated: November 24, 2020

Respectfully submitted,

/s/ Jaclyn DiLascio Malyk
Jaclyn DiLascio Malyk (Pa Id: 308589)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 250
Parsippany, New Jersey 07054-4663
(973) 734-3200
jmalyk@darcambal.com
Attorney for Plaintiff,
AXA Equitable Life Insurance Company, now known as Equitable Financial Life Insurance Company