UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AXA EQUITABLE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff<br><br>v.<br><br>TERESA TUSCANO, as Administrator OF THE ESTATE OF CASANDRA HAYDEN,<br>CHRISTIE HENSLER,<br>MATTHEW HENSLER, and CHARMAINE CLAWSON,<br><br>　　　　Defendants | Case 2:20-cv-00993-MRH<br><br><br>**JOINT MOTION FOR DISTRIBUTION AND OTHER RELIEF** |

**JOINT MOTION FOR DISTRIBUTION AND OTHER RELIEF
UPON CONSENT OF ALL PARTIES**

Comes now, Plaintiff, AXA Equitable Life Insurance Company, now known as Equitable Financial Life Insurance Company ("Equitable"), upon the consent of each of the Defendants, Teresa Tuscano, as Administrator of the Estate of Cassandra Hayden, Christie Hensler, Matthew Hensler, and Charmaine Clawson, through its undersigned counsel, and respectfully requests an Order directing the Clerk to distribute the funds on deposit with the Registry of the Court in accordance with the agreement reached among the Defendants to this action, discharging Equitable of liability under the annuity contract at issue, dismissing Equitable from this action, with prejudice, and thereafter dismissing the action, with prejudice, following distribution of the funds by the Clerk. In support of this Consent Motion, the parties stipulate as follows:

　　　　Whereas, Equitable issued Accumulator Series Annuity number 309004083 (the "Annuity") to the Annuitant;

Whereas, in the application ("Application") for the Annuity dated December 30, 2003, the Annuitant designated the following individuals as beneficiaries to the Annuity death benefits for the percentage shares indicated:

> Christie Hensler, friend – 30 %;
> Matthew Hensler, friend – 30% ; and
> Charmaine Clawson, sister – 40%;

Whereas, the Annuitant died on January 24, 2020;

Whereas, as a result of the death of the Annuitant, the Death Benefit[1] became due to a beneficiary or beneficiaries and Equitable conceded liability to that effect;

Whereas, Christie Hensler, Matthew Hensler, and Charmaine Clawson each asserted claims to the Death Benefit;

Whereas, Teresa Tuscano, as Executrix of the Estate of Cassandra Hayden, also asserted a claim to the Death Benefit and/or other proceeds associated with the Annuity;

Whereas, as a result of the competing claims to the Annuity proceeds, Equitable commenced this action in Interpleader;

Whereas, each of the Defendants were served or waived service and have since appeared in this action;

Whereas, following the Court's December 3, 2020 Order granting interpleader deposit [Doc. 25], the Annuity death benefit was calculated and distributed by Equitable to the Clerk of Court by check dated December 7, 2020 and in the amount of $61,812.74 [Doc. 28];

Whereas, the Defendants have reached an agreement as to the distribution of the Death Benefit, which remains on deposit with the Registry of the Court; and

Whereas, Equitable, as Interpleader plaintiff, has no objection to the agreement reached among the Defendants and has agreed to waive its request for attorneys' fees in exchange for certain releases by the claimants; and

Whereas, the Parties desire to compromise, settle, and provide for the final resolution of all claims related to the Death Benefit and/or proceeds on deposit and/or otherwise in connection with the Annuity.

NOW, THEREFORE, the Parties respectfully request an Order for the following:

---

[1] Due to the terms of the Annuity and nature of its underlying investments, the funds were subject to market fluctuation until distributed.

1. Upon receipt of any IRS W-9 forms or other requirements, the Clerk shall distribute the funds on deposit and any interest accrued thereon in the following matter:

   a. To counsel of record for Defendant Teresa Tuscano, a check payable to "Teresa Tuscano, as Executrix of the Estate of Cassandra Hayden" and in the amount of $12,926.50;

   b. To Defendant Matthew Hensler, a check payable to "Matthew Hensler" and in the amount of $5,617.32, plus 30% of any accrued interest on the aggregate funds on deposit, if any;

   c. To Defendant Christine Hensler, a check payable to "Christine Hensler" and in the amount of $18,543.82, plus 30% of any accrued interest on the aggregate funds on deposit, if any; and

   d. To Defendant Charmaine Clawson, a check payable to "Charmaine Clawson" and in the amount of $24,725.10, plus 40% of any accrued interest on the aggregate funds on deposit, if any;

2. Equitable, and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries, and administrators are hereby fully discharged of any and all liability to Teresa Tuscano, Individually and as Executrix of the Estate of Cassandra Hayden, Christie Hensler, Matthew Hensler, and Charmaine Clawson (together, the "Adverse Claimants") relating to the Death Benefit and/or the Annuity, and the Adverse Claimants do therefore release, remise, and forever disclaim all claims, rights, interests and actions that such Adverse Claimant might otherwise have held against Equitable, and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries, and administrators with respect to the Death Benefit and/or otherwise in connection with the Annuity;

3. Equitable shall be and hereby is dismissed from this action, with prejudice;

4. Upon distribution of the proceeds on deposit as described in Paragraph 1 above, this action shall be dismissed with prejudice, without fees or costs to any party.

A proposed Order is submitted herewith.

Dated: April 16, 2021

Respectfully submitted,

/s/ Jaclyn DiLascio Malyk
Jaclyn DiLascio Malyk (Pa Id: 308589)
**D'ARCAMBAL OUSLEY & CUYLER BURK, LLP**
Four Century Drive | Suite 350
Parsippany, New Jersey 07054-4663
(973) 734-3200
jmalyk@darcambal.com
*AXA Equitable Life Insurance Company, now known as Equitable Financial Life Insurance Company*